UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

    Plaintiff and Respondent,

    v.

HOANG NGUYEN, also known as
BAO HOANG LU,

    Defendant and Movant.
_____/

CR. 2:99-433-05 WBS

ORDER

----oo0oo----

On July 12, 2012, after the court had set a briefing schedule on defendant's original motion and adjusted that schedule at the request of counsel, defendant Bao Hoang Lu filed, without seeking leave of court, a First Amended Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255. The United States shall file its opposition to defendant's first amended motion no later than September 12, 2012. Defendant may then file a reply no later than October 15, 2012. Unless a second amended motion is filed before then, the court will then take the first amended motion under submission.

IT IS SO ORDERED.

DATED: July 13, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1