IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HOANG NGUYEN, also known as<br>BAO LU,<br><br>    Defendant. | CASE NO. 2:99-CR-433 WBS<br><br>ORDER GRANTING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANT'S § 2255 PETITION |

        The court having read and considered the Declaration of William S. Wong, submitted in support of the Government's Motion for an Extension of Time to Response to the Defendant's § 2255 Petition; the court being familiar with the complex and lengthy procedural history of this case; having also considered the letter from defense counsel, dated September 17, 2012, urging the court to vacate defendant's convictions and sentence as a sanction for the government's delay in responding to the petition; the court finds good cause for the granting of the government's request, and IT IS THEREFORE ORDERED that the government's request for an extension of time is GRANTED, and the time for the filing of the government's

response to defendant's § 2255 petition is extended to November 16, 2012.  Defendant's reply shall be filed by December 17, 2012.

IT IS SO ORDERED.

DATED:  September 20, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE